missioner of the City of New York, and as Trustee of the New York Fire Department Relief Fund, Respondent.— Order denying peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

MADELEINE M. LAMM, Respondent, v. FRANK LAMM, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

HENRY MILLER, Respondent, v. MARY TUCKER, Appellant.— Order of the County Court of Nassau county reversed upon the law and the facts, without costs, and motion granted, upon condition that defendant pay to plaintiff, within ten days, the costs and disbursements specified in the judgment, seventy-six dollars, and file and serve a surety company bond in the sum of one thousand dollars, to secure the payment of any judgment which plaintiff may recover; otherwise, order affirmed, with ten dollars costs and disbursements. No opinion. Keily, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

SAMUEL NATHAN, Respondent, Appellant, v. ISRAEL INSEL, Appellant, Respondent, Impleaded with Another, Defendant.— On plaintiff's appeal, order opening default and vacating judgment upon terms affirmed, without costs to either party. On defendant's appeal, order opening default and vacating judgment upon terms modified so as to provide that the surety company bond to be given by defendant shall be in the sum of $2,500; and as so modified the order is affirmed, without costs to either party. Defendant, appellant, to serve answer within ten days after entry of order, and to accept short notice of trial for the June, 1924, term. There is no complaint printed in the record, and the affidavits on both sides do not give us much information as to the facts surrounding the accident or as to plaintiff's injuries. Plaintiff's papers are silent on these matters. The verdict of the jury upon the inquest taken is not a fair standard. In view of the statements made in the points and upon the argument, we think that a bond in the sum of $2,500 is sufficient as a condition for opening the default. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

FREDERICK OSANN, a Stockholder of Jones Drill and Specialty Corporation, a Domestic Corporation, on Behalf of Said Jones Drill and Specialty Corporation and Other Stockholders, Respondent, v. JOSEPH W. JONES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

FREDERICK OSANN, a Stockholder of Jones Drill and Specialty Corporation, a Domestic Corporation, on Behalf of Said Jones Drill and Specialty Corporation and Other Stockholders, Respondent, v. JONES MOTROLA, INC., a Domestic Corporation, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

YETTA PELSINGER, Appellant, v. JENNIE SPIEGLER, Respondent.— Determination of the Appellate Term, reversing a judgment of the Municipal Court, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

VINCENTE PEREZ, Respondent, v. CLYDE STEAMSHIP COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.